Paul Bradley, of Defender Project, of Chicago, (Martin Carlson, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* PERCY TAYLOR, Defendant-Appellant.

(No. 57627; ▮▮▮▮▮▮▮

First District (1st Division)—July 9, 1973.

Opinion by Mr. JUSTICE HALLETT.

James J. Doherty, Public Defender, of Chicago, (Lee T. Hettinger, Assistant Public Defender, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis and Patricia Campbell Bobb, Assistant State's Attorneys, of counsel,) for the People.